**BRYAN CAVE LLP**
Robert A. Padway, California Bar No. 48439
Stephanie A. Blazewicz, California Bar No. 240359
2 Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:   415-675-3400
Facsimile:   415-675-3434
Email:       robert.padway@bryancave.com
             stephanie.blazewicz@bryancave.com

Attorneys for Plaintiff
INDIVIDUAL SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INDIVIDUAL SOFTWARE, INC, <br><br> Plaintiff, <br><br> v. <br><br> THE IPLAS CORPORATION, dba INTERNATIONAL PLASTIC LABORATORIES AND SERVICES, IPLAS and resume-maker.com, <br><br> Defendant. | Case No. CV 09-02938-BZ <br><br> [~~PROPOSED~~] **CONSENT JUDGMENT** |

Upon stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.   Defendant The IPLAS Corporation, dba International Plastic Laboratories and Services, IPLAS, and resume-maker.com, acknowledges that plaintiff Individual Software, Inc., is the owner of the RESUMEMAKER trademark registered with the United States Patent and Trademark Office, and that Individual Software, Inc., has the exclusive right to use that trademark;

2.   Defendant The IPLAS Corporation, dba International Plastic Laboratories and Services, IPLAS, and resume-maker.com, as registrant of the domain name www.resume-maker.com, shall cease using that domain name and the registrar of the

1 domain name shall transfer the domain name www.resume-maker.com to Individual
2 Software, Inc., without any payment from Individual Software, Inc. to defendant;
3     3.    Defendant shall not use the name "resume-maker" in any manner which is
4 confusingly similar to Individual Software's RESUMEMAKER trademark;
5     4.    Defendant shall not advertise resume-maker as the "#1 Best Seller" or the
6 "#1 Best-Selling Resume-Maker Package";
7     5.    No monetary relief or costs shall be awarded to any party.

The Court retains jurisdiction to enforce this judgment.

Dated: September 4, 2009

_____
Hon. Bernard Zimmerman
Magistrate Judge of the
United States District Court for the
Northern District of California